NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**04-1423**

**KENDRICK J. HOOPER AND
MARJA BROUSSARD-HOOPER**

**VERSUS**

**KENNETH J. DUGAS**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2002-1671
HONORABLE KRISTIAN D. EARLES, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**OSWALD A. DECUIR
JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Billy Howard Ezell, Judges.

**AFFIRMED.**

**Harold D. Register, Jr.**
**Attorney at Law**
**P. O. Box 80214**
**Lafayette, LA 70598-0214**
**(337) 981-6644**
**Counsel for Plaintiff/Appellant:**
        **Kendrick J. Hooper**
        **Marja Broussard-Hooper**

**Anne E. Watson**
**Dupre & Watson, L.L.C.**
**232 N. Liberty Street**
**Opelousas, LA 70570**
**(337) 942-9790**
**Counsel for Defendant/Appellant:**
        **Kenneth J. Dugas**